*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

SHARON D. PRUITT                                                                Plaintiff(s)

v.                              1:10CV00101 SWW

NEWPORT SPECIAL SCHOOL DISTRICT                                 Defendant(s)

### ORDER

By order March 30, 2011, the Court directed that the parties participate in a Rule 26(f) conference and file a report by June 20, 2011.  The proposed trial date in this matter is April 9, 2012, however no final scheduling order will be issued until the Rule 26(f) report is filed.

IT IS THEREFORE ORDERED that counsel file the Rule 26(f) report forthwith.

DATED this 20th day of July, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE