IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

SHARON D. PRUITT                                                                                      PLAINTIFF

VS.                            CASE NO. 1:10-CV-00101 SWW

NEWPORT SPECIAL SCHOOL DISTRICT
A Public Body Corporate                                                                           DEFENDANT

## JOINT RULE 26(f) REPORT

Pursuant to Local Rule 26.1, the parties submit the following Joint Rule 26(f) Report. Undersigned counsel for the parties agreed upon the following matters relating to the conduct of discovery in this action;

(1) **Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a).**

There are no changes in timing, form, or requirements of mandatory disclosures under Federal R. Civ. P. 26(a).

(2) **Date when mandatory disclosures were or will be made**.

Mandatory disclosures will be exchanged by July 29, 2011.

(3) **Subjects on which discovery may be needed**.

   a) Personnel file of Sharon Pruitt;

   b) Personnel file of Ronnie Kaye Erwin;

   c) Personnel file of Becky Watkins;

   d) Personnel file of Lisa Tennyson;

   e) Any and all documents that support the claims of the plaintiff;

   f) Any and all documents that support the defenses of the defendant.

(4) **Whether any party will likely be requested to disclose or produce information from electronic or computer-based media**.

    No.

(5) **Date by which discovery should be completed**.

    The parties propose January 6, 2012 as the deadline for completing discovery.

(6) **Any needed changes in limitations imposed by the Federal Rules of Civil Procedure**.

    There is no need to change the limitations imposed by the Federal Rules of Civil Procedure.

(7) **Any Orders, e.g. protective orders, which should be entered**.

    Parties do anticipate the need for protective orders for personnel files.  In particular, Defendant anticipates the need for a protective order restricting the dissemination of any personnel information that is exempt from disclosure under the Arkansas Freedom of Information Act obtained in discovery to the public.

(8) **Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action**.

    There are no objections to initial disclosures.

(9) **Any objections to the proposed trial date**.

    There are no objections to the proposed trial date.

(10) **Proposed deadline for joining other parties and amending pleadings**.

    The parties propose September 23, 2011, as the deadline for joining other parties and amending the pleadings.

(11) **Proposed deadline for completing discovery**.

The parties propose November 8, 2011, as the deadline for completing discovery.

(12) **Proposed deadline for filing motions**.

The parties propose December 9, 2011, as the deadline for filing motions.

        NEWPORT SPECIAL SCHOOL DISTRICT
        Donn Mixon
        Rebecca Worsham
        MIXON LAW FIRM
        P. O. Box 1442
        Jonesboro, Arkansas 72403
        Telephone: (870) 935-8600
        Facsimile: (870) 935-8622

By:   /s/ Rebecca Worsham
        Donn Mixon, No. 76079
        Rebecca Worsham, No. 2009260

        And

        SHARON D. PRUITT, Plaintiff

        Austin Porter Jr.
        PORTER LAW FIRM
        The Tower Building
        323 Center Street, Suite 1300
        Little Rock, Arkansas 72201
        Telephone: (501) 244-8200
        Facsimile: (501) 372-5567
        E-mail: Aporte5640@aol.com

By:   /s/ Austin Porter Jr.
        Austin Porter Jr., No. 86145