IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHARON D. PRUITT                                                                    PLAINTIFF

VS.                              CASE NO. 1:10-CV-101 (SWW)

NEWPORT SPECIAL SCHOOL DISTRICT                              DEFENDANT

## MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, Newport Special School District, by and through its attorneys, the MIXON LAW FIRM, and for its Motion for Summary Judgment of states:

1.  That Plaintiff filed her complaint against Defendant on December 9, 2010, pursuant to 42 U.S.C §§ 1981, 1983, and the Fourteenth Amendment of the United States Constitution alleging that Defendant did not hire her for a principal position because she is African-American.

2.  That there are no questions of material fact concerning Plaintiff's §§ 1981 and 1983 claims against Defendant, and therefore, its entitled to judgment as a matter of law under Fed. R. Civ. P. 56.

3.  That Plaintiff has failed, either through direct or indirect evidence, to present a prima facie case of racial discrimination in regards to being hired to a principal position.

4.  That even if Plaintiff had made a prima facie case of racial discrimination, her claims must still fail as a matter of law because Defendant has offered legitimate, non-discriminatory reasons for not hiring Plaintiff for a principal position, and she has failed to show that those reason were mere pretext for racial discrimination.

5.  That a statement of undisputed facts and brief in support of this motion are being filed herewith and are incorporated into this motion.

6.  That in addition to the Statement of Undisputed Facts and Brief in Support, the following exhibits are being filed contemporaneously herewith and are incorporated by reference:

> A. Affidavit of Superintendent Dr. Larry Bennett;
>
> B. Affidavit of Administrative Assistant Janie Freeman;
>
> C. Relevant School Board Meeting Minutes;
>
> D. Relevant Arkansas Department of Education Rules;
>
> E. Selected portions of Plaintiff's personnel file;
>
> F. Selected portions of Lisa Tennyson's personnel file;
>
> G. Selected portions of Becky Watkins' personnel file;
>
> H. Selected portions of Mike Nichols' personnel file; and
>
> I. Relevant Certified Personnel policies.

WHEREFORE, Defendant, Newport Special School District, prays that the Court grants this Motion for Summary Judgment and dismiss Plaintiff's Complaint and for all other just and proper relief to which it may be entitled.

        Respectfully Submitted,

        /s/ Rebecca Worsham
        Donn Mixon (76079)
        Rebecca Worsham (2009260)
        MIXON LAW FIRM
        Attorneys for Defendant
        P.O. Box 1442
        Jonesboro, Arkansas 72403
        870.935.8600; 870.935.8622 (f)
        rworsham@mixonlawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of Court on January 31, 2012, using CM/ECF system, which shall send notification of the filing to the following:

Austin Porter Jr. (86145)
PORTER LAW FIRM
323 Center Street, Suite 1300
Little Rock, Arkansas 72201
Aporte5640@aol.com

        /s/ Rebecca Worsham
        Rebecca Worsham