**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

**SHARON D. PRUITT**                                                                    **PLAINTIFF**

**v.**                                          **No. 1:10-cv-00101 KGB**

**NEWPORT SPECIAL SCHOOL DISTRICT**                                **DEFENDANTS**

## ORDER OF DISMISSAL

A settlement having been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

SO ORDERED this 29th day of June, 2012.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge